JOHN WEIL PLUMBING CORPORATION, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 24612.)

Argued October 13, 1944; decided December 30, 1944.

*Nathaniel L. Goldstein, Attorney-General (Burns F. Barford, Orrin G. Judd* and *Arthur W. Mattson* of counsel), for appellant. The Court of Claims properly dismissed the item of the claim seeking damages for extra work. (*People ex rel. McCabe* v. *Snedeker,* 106 App. Div. 89, 182 N. Y. 558; *Borough Const. Co.* v. *City of New York,* 200 N. Y. 149.)

*George M. Simon* for respondent. Claimant-respondent is entitled to the increased cost of performing the work as directed by the State in breach of contract. (*Gearty* v. *Mayor, etc., of New York,* 171 N. Y. 61; *Borough Const. Co.* v. *City of New York,* 200 N. Y. 149; *Collins* v. *State of New York,* 259 N. Y. 200; *Faber* v. *City of New York,* 222 N. Y. 255.)

*Per Curiam.* The State required that the claimant cut back portions of concrete walls in connection with the furnishing of labor and materials necessary for the doing of certain sanitary work in a State building. The finding of the trial court, undisturbed by the Appellate Division, is that the claimant was aware that the extra work thus required was " not part of the work called for by the contract " with the State. Under those circumstances, the first item of the claim for the sum of $641 should not have been allowed, since that which was required

was clearly beyond the limits of the contract and " the contractor may [might] not even under protest do it and subsequently recover damages." (*Borough Const. Co.* v. *City of New York,* 200 N. Y. 149, 157.)

The judgment of the Appellate Division should be modified by dismissing item #1 of the claim and, as so modified, affirmed, without costs to either party.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Judgment accordingly.